## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>P. FIGUEROA, et al.,<br><br>  Defendants. | Case No. 1:15-cv-00109-DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN FORTY-FIVE DAYS |

Plaintiff, a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 22, 2015. Plaintiff filed a motion seeking leave to proceed in forma pauperis, but the form application he submitted lacks the requisite authorization for the deduction of the filing fee from Plaintiff's trust account as funds are available. 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

2. **No extension of time will be granted without a showing of good cause**; and

///

///

///

1

3. **The failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated:   **January 23, 2015**                    /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE

2