# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN, | Case No. 1:15-cv-00109 AWI DLB (PC) |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S MOTION FOR CONFIRMATION OF FILING |
| v. | |
| FIGUEROA, et al., | (Document 19) |
| Defendants. | |

Plaintiff Saahdi Coleman ("Plaintiff"), a state inmate in the custody of the California Department of Corrections and Rehabilitation, is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 10, 2015, Plaintiff filed a motion requesting confirmation of receipt of his First Amended Complaint. The Court generally does not provide status updates. However, because the Court indicated in a prior order that it has not yet received Plaintiff's amended complaint, Plaintiff is informed that the Court received his First Amended Complaint on September 11, 2015.

IT IS SO ORDERED.

Dated: **September 14, 2015**        /s/ *Dennis L. Beck*
                                     UNITED STATES MAGISTRATE JUDGE