UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI ABDUL COLEMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P. FIGUEROA,<br><br>　　　　Defendant. | 1:15-cv-00109-AWI-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR A COPY OF THE ORDER REQUIRING INITIAL DISCLOSURES AND SETTING AN INITIAL SCHEDULING CONFERENCE<br>(ECF NO. 44)<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PLAINTIFF A COPY OF THE ORDER REQUIRING INITIAL DISCLOSURES AND SETTING AN INITIAL SCHEDULING CONFERENCE |

Saahdi Abdul Coleman ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. On May 5, 2017, Plaintiff filed a request for a copy of the order requiring initial disclosures and setting an initial scheduling conference. (ECF No. 44). According to Plaintiff, he needs a copy of the order because he was recently transferred and does not currently have access to his property.

Because Plaintiff does not currently have access to a copy of the order requiring initial disclosures and setting an initial scheduling conference, the Court will grant Plaintiff's request.

Accordingly, IT IS ORDERED that:

1. Plaintiff's request for a copy of the order requiring initial disclosures and setting an initial scheduling conference is GRANTED; and

///

///

1

2. The Clerk of Court is directed to send Plaintiff a copy of the order requiring initial disclosures and setting an initial scheduling conference (ECF No. 43).

IT IS SO ORDERED.

Dated: **May 9, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE